## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN VETTER AND ASHLEY JONES, | : | No. 234 MAL 2017 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTHONY MILLER, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.